UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| LEVOUR JILES,<br>Plaintiff | CIVIL DOCKET NO. 1:20-CV-00282 |
| VERSUS | JUDGE DRELL |
| W.S. SANDY MCCAIN, ET AL.,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Defendants' Motion to Dismiss (ECF No. 15) is GRANTED IN PART and Jiles's claims against LeBlanc, Longino, and Bordelon in their official capacities, and LeBlanc in his personal capacity, are DISMISSED WITHOUT PREJUDICE. Defendants' Motion to Dismiss (ECF NO. 15) is DENIED IN PART as to Jiles's claims against Longino and Bordelon in their personal capacities.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 26th day of July, 2021.

JUDGE DEE D. DRELL
UNITED STATES DISTRICT JUDGE