UNITED STATES DISTRICT COURT
WESTERN DISTRICTOF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **LEVOUR JILES (#418160)**<br>**Plaintiff** | **CIVIL ACTION NO. 1:20-CV-0282 P** |
| **VERSUS** | **JUDGE DEE D. DRELL** |
| **W. S. SANDY MCCAIN, ET AL.**<br>**Defendants** | **MAGISTRATE JUDGE PEREZ-MONTES** |

### NOTICE OF COMPLIANCE WITH COURT ORDER

I hereby verify that the Defendants have complied with the Memorandum Order of the Court, Document No. 8, ordering filing of records under seal, by filing such records under seal this __18th__ day of ___August___ 2021.

Respectfully submitted,

JEFF LANDRY
ATTORNEY GENERAL

By:  *s/ Victoria R. Murry*
Victoria R. Murry (#18584)
Assistant Attorney General
LOUISIANA DEPARTMENT OF JUSTICE
LITIGATION DIVISION
900 Murray Street, Suite B-100 B
Alexandria, LA 71301
Telephone: (318) 487-5944
Facsimile: (318) 487-5826
*ATTORNEY FOR DEFENDANTS*

### CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of August 2021, I electronically filed the foregoing Notice of Compliance with Court Order with the Clerk of Court by using the CM/ECF system

which will send notice of electronic filing to those who are on the list to receive e-mail notices for this case, have enrolled in this Court's CM/ECF program and otherwise consented to receive notice and service via CM/ECF. I further certify the foregoing was served on the following non-CM/ECF participant:

Levour Jiles #418160<br>
Raymond Laborde Correctional Center<br>
1630 Prison Road<br>
Cottonport, LA 71327

via United States mail, postage paid.

Alexandria, Louisiana, this 25th day of August 2021.

/s/ <i>Victoria R. Murry</i><br>
<b>Victoria R. Murry</b>