UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| LEVOUR JILES,<br>Plaintiff | CIVIL DOCKET NO. 1:20-CV-00282 |
| VERSUS | JUDGE DRELL |
| W.S. SANDY MCCAIN, ET AL.,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Defendants' Motion for Summary Judgment (ECF No. 33) is GRANTED; Jiles's Motion for Summary Judgment (ECF No. 29) is DENIED; and Jiles's action is DENIED AND DISMISSED WITH PREJUDICE.

THUS, ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 15 day of March 2022.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT